

# NUMBER 13-13-00415-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY,                                    Appellant,

v.

TEXAS FARM BUREAU, FRANK VOLLEMAN,
FRANK DESTEFANO, DAVID AND MARY BALLEW,
RON AND SHERIE BURNETTE, SAM JONES,
THEODORE AND MARY KALLUS,
GLEN MARECEK, JOHN GAULDING,
AND CHARLES AND KATHERINE HARLESS,            Appellees.

---

## On appeal from the 53rd District Court
## of Travis County, Texas.

---

## ORDER

### Before Chief Justice Valdez, and Justices Garza and Perkes
### Order Per Curiam

Pursuant to Texas Rule of Appellate Procedure 24.4, appellees Texas Farm

Bureau, Frank Volleman, Frank Destefano, David And Mary Ballew, Ron And Sherie Burnette, Sam Jones, Theodore And Mary Kallus, Glen Marecek, John Gaulding, and Charles And Katherine Harless (collectively "Farmers"), filed a "Motion to Remand for Determination of Whether to Permit Suspension of Judgment." *See* TEX. R. APP. P. 24.4.[1] This Court abated and remanded this matter to the trial court for a hearing and proceedings pursuant to Texas Rule of Appellate Procedure 24. *See generally id.* R. 24. The Court has now received the trial court's ruling, findings and conclusions, and the reporter's record of the hearing on remand. Appellees did not file a motion or other pleading following the trial court's proceedings on remand; however, the Court has received appellant's response concerning the events on remand as it pertains to the suspension of judgment.

The Court, having examined and fully considered the issues raised by appellees regarding supersedeas, is of the opinion that all relief requested should be and is denied. Accordingly, appellees' "Motion to Remand for Determination of Whether to Permit Suspension of Judgment" is denied. Appellant's brief is due in the offices of this Court on or before November 18, 2013, and all applicable briefing schedules will proceed according to the Texas Rules of Appellate Procedure.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
25th day of October, 2013.

---

[1] Pursuant to a docket-equalization order issued by the Supreme Court of Texas, the appeal has been transferred to this Court from the Third Court of Appeals in Austin, Texas. *See* TEX. GOV'T. CODE ANN. § 73.001 (West 2005).